# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

133439
133440

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERICAN AXLE &
MANUFACTURING, INC.,
        Plaintiff-Appellee,

v

MARK ALLEN MURDOCK,
        Defendant-Appellant,

and

JUANITA DENISE MURDOCK,
        Defendant.

SC: 133439, 133440
COA: 262786, 265111
Wayne CC: 03-320706-CZ

_____/

      On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

l0618